United States District Court
Southern District of Texas
FILED
FEB 10 1995
MICHAEL N. MILBY, CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED
FEB 13
MICHAEL N. MILBY, CLERK
By Deputy

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# McALLEN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE § § EXTRADITION OF § § GUILLERMO GONZALEZ CALDERONI § | C.A. NO. M-94-169 |

### ORDER DENYING EXTRADITION AND DISMISSAL

In this proceeding, the United States, on behalf of the government of Mexico, requests that the Court certify the extradition of Guillermo Gonzalez Calderoni. After carefully considering the extradition request and supporting papers, the evidence received at the extradition hearing, the briefing and argument of counsel, and the applicable law, the Court orally denied the request for extradition of Guillermo Gonzalez Calderoni on December 21, 1994. For the reasons stated, it is hereby

ORDERED, ADJUDGED, and DECREED that the request for extradition of Guillermo Gonzalez Calderoni is DENIED and this proceeding is DISMISSED.

It is further ORDERED that the Clerk shall return to the appropriate persons the cash deposit and other security posted with the Court on behalf of Mr. Gonzalez Calderoni.

Although this matter is now decided, the Court may, in its discretion, enter a written opinion further explaining the reasons for the denial of extradition.

DONE at McAllen, Texas on this the 10th day of February, 1995.

Peter E. Ormsby
UNITED STATES MAGISTRATE JUDGE